IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHERI WILLHITE, #2212424 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  4:22cv24 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## FINAL JUDGMENT

Having considered the petition and rendered its decision by opinion and order of dismissal issued this date, the Court **ORDERS** that the case is **DISMISSED** without prejudice.

**So ORDERED and SIGNED this 1st day of February, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE